LOUIS PEIRANO, Respondent, *v.* PAUL ELLIOTT, Appellant.

*Peirano* v. *Elliott*, 149 App. Div. 914, affirmed.
(Argued January 14, 1914; decided February 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 23, 1912, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover rent alleged to be due under a lease.

*Charles L. Pierce* for appellant.

*Auguste M. Thiery* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN and CUDDEBACK, JJ. Not sitting: MILLER, J.